*State, Respondent, v. Justice, Petitioner*, No. 93288-3. Petition for review of a decision of the Court of Appeals, No. 69841-9-I, May 23, 2016, 194 Wn. App. 1007. *Denied* November 2, 2016.

*State, Respondent, v. Bell, Petitioner*, No. 93289-1. Petition for review of a decision of the Court of Appeals, No. 73062-2-I, May 23, 2016, 194 Wn. App. 1008. *Denied* November 2, 2016.

*State, Respondent, v. Crockett, Petitioner*, No. 93290-5. Petition for review of a decision of the Court of Appeals, No. 47017-9-II, May 17, 2016, 194 Wn. App. 1004. *Denied* November 2, 2016.

*Blair, Petitioner, v. Nw. Tr. Servs. et al., Respondents*, No. 93291-3. Petition for review of a decision of the Court of Appeals, No. 32816-3-III, March 17, 2016, 193 Wn. App. 18. *Denied* November 2, 2016.

*State, Respondent, v. Smith, Petitioner*, No. 93295-6. Petition for review of a decision of the Court of Appeals, No. 46365-2-II, May 3, 2016, 193 Wn. App. 1042. *Denied* November 2, 2016.

*State, Respondent, v. Schneider, Petitioner*, No. 93297-2. Petition for review of a decision of the Court of Appeals, No. 71822-3-I, April 25, 2016, 193 Wn. App. 1032. *Denied* November 2, 2016.

*State, Respondent, v. Edwards, Petitioner*, No. 93300-6. Petition for review of a decision of the Court of Appeals, No. 45764-4-II, March 1, 2016, 192 Wn. App. 1055. *Denied* November 2, 2016.

*State, Respondent, v. Staats, Petitioner*, No. 93303-1. Petition for review of a decision of the Court of Appeals, Nos. 32671-3-III and 32672-1-III, May 24, 2016, 194 Wn. App. 1012. *Denied* November 2, 2016.